IN THE UNITED STATES CIRCUIT COURT
FOR MIDDLE DISTRICT, ALABAMA

RECEIVED
2006 MAR 17 A 9:34

ANGELA DENISE NAILS,

      Plaintiff,   CASE NO 1:06cv249-MEF

Vs.

DOTHAN RESUCE MISSION,   **DEMAND FOR JURY TRIAL**

      Defendant,

ORIGANL COMPLAINT

The plaintiff is Demanding for judgement and XIII. Prayer for Relief). 28 U.S. C. 1332(a) plaintiff is claming that the defendant is not providing proper Services. Government agreement with state of Alabama shelters, grants give assistant with money for shelter, Alabama shelters receives government grants moneys. Funds assistant provide shelter funds, provider are non-

profit organizations. Grant Funds received for any Woman's Men HOMELESS SHELTER the government grants might not qualify the Homeless Shelter for funds to provide shelter or food kitchens and the other help needed to assist the public, were the shelter is located in the cites. The Plaintiff is claiming under the rule that the defendant has not provided the plaintiff assistance or service, the Plaintiff has been put out can not touch any services of the HOMELESS SHELTER of Houston County. EXHIBIT A JURISDICTION. Disorderly Conduct 4-1-200(d) the Defendant imposed onto the Plaintiff. Plaintiff is asking for a settlement of 20,000.000 from the defendant, the Plaintiff is Praying by the words of God

that the Plaintiff prevail in the Plaintiff

case, Plaintiff has kept God commandments.

Address: 216 East Carwford Street Dothan, Alabama 36301.

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE