IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06CV249-MEF |
| | ) | [WO] |
| DOTHAN RESCUE MISSION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the plaintiff's Motion to Proceed *In Forma Pauperis*, filed on 17 March 2006 (Doc. # 2), is GRANTED.

DONE this 24th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE