IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

        Plaintiff,      CIVIL ACTION NO.
                           1:06CV249-MEF

Vs.

DOTHAN RESCUE MISSION,

        Defendant,

## OBJECTION TO RECOMMENDATION

The plaintiff in the above case has attached EXHIBIT A showing that the courts has the Jurisdiction in the case. The plaintiff is suing for a total of $75,000.00, which meets the Jurisdiction requirements of the court. Arbaugh v. Y& H Corp., 126 S. Ct 1235, 163 L. Ed. 2d 1097, 1109(2006). The Plaintiff and the Defendant(s) are both living in the state of Alabama. The Defendant(s) address is 216 Crawford Street Dothan, Alabama 36301.

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE