IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
06 APR 17 A 10: 10

ANGELA DENISE NAILS,

                 *Plaintiff*       CASE NO: 1:06-cv-249-MEF

DOTHAN RESCUE MISSION,

                  *Defendant,*

## RECONSIDERATION

The courts on March 24, 2006 made a recommendation, as part of the recommendation the Court document states 28 U.S.C. 1915(e)(2)(B)(i)and (ii) because the courts lacks jurisdiction.  And the court states Nails invokes the court's diversity Jurisdiction.  This is not true.  The Plaintiff is requesting that the court's Jurisdiction amount in this case of $75,000.00 stand, under the PERSONAL JURISDICTION Art. IV 1(c).   Civil Procedure II Determining Citizenship (b)28 U.S.C. 1332 one must be both a citizen of the United States and domiciliary of that State.  Mas v. Perry, 489 F .2d 1396 (5th cir. 1974).   Both the Plaintiff and the Defendant are citizen of the United States and live in that State. Personal Jurisdiction

Angela Denise Nails
ANGELA DENISE NAILS

PRO   SE