IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:06-cv-249-MEF |
| | ) |
| DOTHAN RESCUE MISSION, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Reconsideration (Doc. #9) filed on April 17, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this the 18th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE