IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAM
SOUTHERN DIVISION

RECEIVED
2006 APR 24 A  56

ANGELA DENISE NAILS,

        Plaintiff,        Case No 1:06-cv-246-MEF
                                          1:06-cv-249-MEF

VS

EUGENE PRESTON,

DOTHAN RESUCE MISSION,

        Defendant,

OBJECTION TO DISMISSAL

    The plaintiff is in the accordance of the Federal Jurisdiction Article III, Section 2a) Constitutional and Federal Subject matter Jurisdiction Federal question jurisdiction amount in controversy of $75,000.00. The plaintiff has corrected the error of jurisdiction and or Subject matter for the dismissal of the plaintiff cases against the two defendants, the plaintiff wishes the court to direct the District Clerks Office to mail the plaintiff complaints to the defendants.

*Angela Denise Nails*
ANGELA DENISE NAILS
PRO SE