IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:06-cv-249-MEF |
| | ) WO |
| DOTHAN RESCUE MISSION, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

Upon consideration of the plaintiff's Objection (Doc. #11) to the Court's Order of Dismissal (Doc. #11) filed on April 24, 2006, it is hereby

ORDERED that Plaintiff's objection is overruled and the relief requested is DENIED..

DONE this 25th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE